IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT H. GREEN, REG. #27451-001, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 2:12CV00166-SWW-JJV |
| JARVIS HAWKINS, Case Manager, FCI-Forrest City; *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (Doc. No. 22), is GRANTED, and this case is DISMISSED without prejudice for failure to exhaust administrative remedies.

2. Plaintiff's Motion to Amend Complaint (Doc. No. 25) is denied.

3. Plaintiff's Motions to Appoint Counsel (Doc. Nos. 24, 25) are denied.

4. All other pending Motions are DENIED as moot.

SO ORDERED this 4th day of March, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE